# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Case Number: __23-1885__
Case Name: __Cedric Carter v. Rivershell Apartments, LLC, et al__
Name: __Cedric Carter__
Address: __3625 Bayview Drive APT#74__
City: __Lansing__                State: __Michigan__ Zip Code: __48911__

### PRO SE APPELLANT'S BRIEF

**Directions:** Answer the following questions about the appeal to the best of your ability. Use additional sheets of paper, if necessary, not to exceed 30 pages. Please print or write legibly, or type your answers double-spaced. You need not limit your brief solely to this form, but you should be certain that the document you file contains answers to the questions below. The Court prefers short and direct statements.

Within the date specified in the briefing letter, you should return one signed original brief to:

United States Court of Appeals For The Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio  45202-3988

1. Did the District Court incorrectly decide the facts?    ✓ Yes    ☐ No

   If so, what facts?

   > The court ignored plaintiffs entire direct testimony, and evidence regarding this case on all relevant facts. Furthermore, it is evidenced by the record that me, (as plaintiff) is the only direct testimony on record.

2. Do you think the District Court applied the wrong law?    ✓ Yes    ☐ No

   If so, what law do you want applied?

   > I vehemently believe That the court, completely disregarded, plaintiffs evidence and direct testimony regarding this case, and that the court provided a judicial opinion that clearly shows and demonstrates grounds for reversible error as it relates to plaintiff counsel. It is plaintiff, firm belief that given the totality of circumstances surrounding this case, along with the evidence and along what is missing from this case, on the part of the defendants as well as the plaintiff to some degree summary judgment should've been denied to defendants. (ORAL ARGUMENT REQUESTED)

6CA-70
03/10
Page 1 of 2

3. Do you feel that there are any others reasons why the District Court's judgment was wrong?
   ✓ Yes    ☐ No
   If so, what are they?

   > Ignored evidence, ignored direct testimony, and evidence from plaintiff. No Submitted evidence on behalf of defendants. As far as plaintive is concerned, this creates a genuine issue of material fact for a jury to decide.

4. What specific issues do you wish to raise on appeal?

   > 1. Reversible error by plaintiffs former counsel which alone by itself, should be grounds for reversal.
   >
   > 2. The undisputed fact that me, as plaintiff has the only deposed direct testimony on record. and given the fact that the defendants and their counsel possibly made a strategic choice

2. Do you think the District Court applied the wrong law? ✓ Yes ☐ No

If so, what law do you want applied?

I vehemently believe That the court, completely disregarded, plaintiffs evidence and direct testimony regarding this case, and that the court provided a judicial opinion that clearly shows and demonstrates grounds for reversible error as it relates to plaintiff counsel. It is plaintiff, firm belief that given the totality of circumstances surrounding this case, along with the evidence and along what is missing from this case, on the part of the defendants as well as the plaintiff to some degree summary judgment should've been denied to defendants. (ORAL ARGUMENT REQUESTED)

6CA-70
03/10

Page 1 of 2

3. Do you feel that there are any others reasons why the District Court's judgment was wrong?
   ✓ Yes ☐ No
   If so, what are they?

Ignored evidence, ignored direct testimony, and evidence from plaintiff. No Submitted evidence on behalf of defendants. As far as plaintive is concerned, this creates a genuine issue of material fact for a jury to decide.

4. What specific issues do you wish to raise on appeal?

1. Reversible error by plaintiffs former counsel which alone by itself, should be grounds for reversal.

2. The undisputed fact that me, as plaintiff has the only deposed direct testimony on record. and given the fact that the defendants and their counsel possibly made a strategic choice not to depose any of plaintiff, witnesses or their own clients for that matter highlights the exact reason why summary judgment should've been denied to defendants in the first place.. given all evidence that plaintiff has, and the defendants argument, or the courts assertion that no evidence was submitted, is untrue. As such, summary judgment should've been denied to defendants viewing all evidence and light most favorable to the nonmoving party. Summary judgment should've been denied.

3. evidence that was ignored.

5. What action do you want the Court of Appeals to take in this case?

I respectfully request, this honorable court, reverse the decision of the Western District Court and remand for further proceedings looking at the totality of circumstances surrounding this case I believe full heartedly that examining thoroughly the complete picture, the COURT has to agree that summary judgment should've been denied, and therefore reverse the order of the Western District Court.

I certify that a copy of this brief was sent to opposing counsel via U.S. Mail on the _5th_ day of ___November___ , 2023___.

Signature (Notary not required)

6CA-70
03/10

Page 2 of 2